| | |
|---|---|
| DANE S. FIELD<br>PO Box 4198<br>Honolulu, HI 96812<br>(808) 232-8788<br>xxx-xx-xxxx fax<br>Dfield@hawaii.rr.com | For court use only |
| | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** |
| Debtor(s):<br>MARSHALL MINDORO<br>MELINA KANOALANI MINDORO | Case No.: 10-01488<br><br>Chapter 7 |

### STIPULATED ORDER TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OR TO DETERMINE DISCHARGEABILITY, OR MOTION TO DISMISS

Pursuant to Fed. R. Bankr. P. 9006(b)(3), the Debtor and, if any, Joint Debtor, stipulate to an extension of time under rules 4004(a), 4007(c), and/or 1017(e) for the parties identified below to file the type of complaint or motion described below. Extended deadline: 12/14/10

☒ Complaint objecting to discharge (11 U.S.C. § 727)
☒ Complaint to determine dischargeability of a particular debt (11 U.S.C. § 523(c))
☒ Motion to dismiss for substantial abuse (11 U.S.C. § 707(b))

The extended deadline applies to the following parties:

☒ All creditors and parties in interest, including Trustee and United States Trustee
☐ *Only* Trustee and United States Trustee
☐ *Only* [name party]:

| Dated: 8/24/10 | /s/ _____<br>Debtor / Attorney | /s/ _____<br>Joint Debtor / Attorney |
|---|---|---|
| Dated: 8/24/10 | /s/ _____ | /s/ _____ |

**APPROVED AND SO ORDERED:**

/s/ *Robert J. Faris*
**United States Bankruptcy Judge**
Dated: August 26, 2010

hib_9006b3    3/07    [ECF: Other Orders... Stipulated Order to Extend Deadlines]