RUSH MOORE LLP
A Limited Liability Law Partnership

SUSAN TIUS          2873-0
737 Bishop Street, Suite No. 2400
Honolulu, Hawaii  96813-3862
Tel. No. 521-0406
Fax No. 521-0497
E-mail:  stius@rmhawaii.com

Attorneys for DANE S. FIELD, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) Case No. 10-01488 |
| | ) (Chapter 7) |
| MARSHALL MINDORO and | ) |
| MELINA KANOALANI MINDORO, | ) Date: September 15, 2010 |
| | ) Time:  10:30 a.m. |
| Debtors. | ) Judge: Honorable Robert J. Faris |
| | ) |
| | ) Related Doc. No. 11 |

ORDER SUSTAINING OBJECTION TO DEBTORS' EXEMPTION CLAIMS

The Objection to Debtors' Exemption Claims filed herein by DANE S. FIELD ("Trustee"), Trustee of the Estate of MARSHALL MINDORO and MELINA KANOALANI MINDORO ("Debtors"), the above-named Debtors, was heard before this Court on September 15, 2010, due service having been made, Susan Tius, Esq., appearing for the Trustee, and the Court having heard the representations and arguments of counsel, and having reviewed the records and files in the case and said Objection, and due deliberation having been had,

IT IS HEREBY ORDERED that the objection is sustained. The Debtors' exemption claims of the $7,115 federal tax refund, $20,000 lawsuit settlement proceeds and Komatsu excavator are disallowed.

DATED: Honolulu, Hawaii.

/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: September 16, 2010

In re MARSHALL MINDORO and MELINA KANOALANI MINDORO, Case No. 10-01488; ORDER SUSTAINING OBJECTION TO DEBTORS' EXEMPTION CLAIMS